**Order entered June 17, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00142-CV

## DARREN MELTON, Appellant

## V.

## 601 JEALOUSE, LLC, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-06444-B**

## ORDER

By order dated March 22, 2019, we stayed all efforts to enforce the trial court's judgment and any writs of possession or writs of execution issued in the underlying proceeding. Before the Court is appellee's June 10, 2019 motion requesting this Court authorize the issuance of a writ of possession because the subject property is not used for residential purposes only and because appellant failed to post the supersedeas bond within ten days of the date of the trial court's judgment. *See* TEX. PROP. CODE ANN. § 24.007. We **DENY** the motion.

The clerk's and reporter's records are overdue. Appellant is presumed indigent and allowed to proceed without payment of costs. Accordingly, we **ORDER** John Warren, Dallas County Clerk, to file the clerk's record **within twenty days** of the date of this order. We **ORDER** Robin Washington, Official Court Reporter of County Court at Law No. 2, to file either

the reporter's record or written verification that appellant has not requested preparation of the reporter's record, **within twenty days** of the date of this order. We caution appellant that if the Court receives written verification of no request, the Court will order the appeal be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order to Mr. Warren; Ms. Washington; and all parties.

/s/     BILL WHITEHILL
           JUSTICE